COSBY *et al. v.* WEAVER, executor.

*Simmons, C. J.*—In view of all the evidence *pro* and *con* submitted at the hearing before the trial judge, this court is not prepared to hold that he abused his discretion in denying the prayer for injunction and receiver.          *Judgment affirmed.*

June 8, 1896. By two Justices. Argued at the last term.

Petition for injunction, etc.   Before Judge Butt.   Talbot county.   November 12, 1895.

*Bull & Perryman*, for plaintiffs.
*Persons & Son* and *J. M. Mathews*, for defendant.